HOWART CROSS, PLAINTIFF-PETITIONER, v. ROBERT E. LAMB, INC., DEFENDANT-PETITIONER, AND TRUSKEY INDUSTRIAL PIPE FITTERS, INC., DEFENDANT-RESPONDENT.

See same case below: 60 *N. J. Super.* 53.

*Messrs. Brown, Connery, Kulp & Wille* for the plaintiff-petitioner.

*Messrs. Schreiber, Lancaster & Demos* for the defendant-petitioner.

*Messrs. Kisselman, Devine & Deighan* for the defendant-respondent.

May 4, 1960.    Denied.

JOHN MATITS, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. NATIONWIDE MUTUAL INSURANCE CO., DEFENDANT-PETITIONER.

See same case below: 59 *N. J. Super.* 373.

*Messrs. Oppenheim & Oppenheim* for the petitioner.

*Messrs. Gelman & Gelman, Mr. Leon A. Consales, Mr. Charles C. Shenier* and *Mr. Kent A. Losche* for the respondents.

May 4, 1960.    Granted.